UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
DEC 10 2007
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR07-40038 |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| vs. | |
| JOHN DOE, a/k/a Noe Torres-Rivera, a/k/a Romiro Sanchez-Lopez, a/k/a "Chovi," | |
| Defendant. | |

The Court having reviewed the Government's Motion to Dismiss Indictment, and good cause appearing therefor, it is hereby

ORDERED that the Indictment in the above-captioned matter is hereby dismissed without prejudice.

Dated this 10th day of December, 2007.

BY THE COURT:

_____
LAWRENCE L. PIERSOL
United States District Court Judge

ATTEST:
JOSEPH A. HAAS, Clerk

By: _____
         Deputy